IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN CLOYD, | No. C 10-3293 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| VALLEY STATE PRISON MEDICAL STAFF, | (Docket No. 5) |
| Defendants / | |

This is a civil rights case brought pro se by a state prisoner.

The acts complained of occurred at the Valley State Prison for Women in Chowchilla, California, which lies within the venue of the United States District Court for the Eastern District of California. Plaintiff and defendants are also located in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1406(a). The clerk shall terminate docket number 5 from this court's docket.

**IT IS SO ORDERED.**

Dated: September   27  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\CLOYD3293.TRN.wpd